In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00434-CR
_____

### DAVID LYNN LILES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 11-12595**
_____

### MEMORANDUM OPINION

On September 4, 2012, the trial court sentenced David Lynn Liles on a conviction for theft. Liles filed a notice of appeal on September 19, 2012. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On September 19, 2012, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. The appellant

1

filed a response, but failed to establish that the trial court's certification should be amended. Because the record does not contain a certification that shows the defendant has the right to appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.


_____
HOLLIS HORTON
Justice


Opinion Delivered October 17, 2012
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.